JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA RAMIREZ FLORES,<br><br>       Plaintiff,<br><br>v.<br><br>FALCK USA, INC. f/k/a CARE AMBULANCE SERVICES, INC;<br>CMRE FINANCIAL SERVICES, INC.;<br>CREDENCE RESOURCE MANAGEMENT, LLC;<br>HUNTINGTON PARK EMERGENCY PHYSICIANS, INC.<br><br>       Defendants. | Case No.: 8:23-cv-00026-JWH-KES<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CMRE FINANCIAL SERVICES, INC. AND HUNTINGTON PARK EMERGENCY PHYSICIANS, INC.** |

1. Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendants CMRE Financial Services, Inc. ("CMRE") and Huntington Park Emergency Physicians, Inc. ("HPEP") (collectively, "Defendants"), and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

    1.    The Stipulation is **GRANTED.**

    2.    The above-entitled matter is **DISMISSED with prejudice** against Defendants.

**IT IS ORDERED.**

Dated: September 26, 2023

Honorable John W. Holcomb
United States District Judge